**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Claudio ZARATE, Defendant– Appellant.**

No. 03–41084.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 18, 2004.

James Lee Turner, Assistant U.S. Attorney, David Hill Peck, Houston, TX, for Plaintiff–Appellee.

Hector Anthony Casas, Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM: *

Claudio Zarate appeals his guilty-plea conviction and sentence for possession with the intent to distribute marijuana. Zarate contends that the sentencing scheme of 21 U.S.C. § 841 is facially unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000). Zarate raises the issue only to preserve it for Supreme Court review. The judgment of the district court is AFFIRMED.